CV 02-865 RHK/JSM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **September 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: April 4, 2003.

APR 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Sherman Cornelius Johnson | Ira Whitlock<br>651-221-1075 |
| | vs CV 02-287 RHK/JSM<br>JURY TRIAL | |
| | County of Hennepin<br>et al | Daniel Rogan<br>612-348-5550<br>Toni Beitz<br>612-348-5518 |
| 2. | MESABA Holdings Inc.<br>et al | Lauren Lonergan<br>Kristin Haugen<br>612-334-8400 |
| | vs CV 02-660 RHK/JGL<br>JURY TRIAL | |
| | Federal Insurance Company | David Bland<br>Bruce Manning<br>612-349-8500 |
| 3. | Stephen Kelly Keogan | Fay Fishman<br>612-827-8123 |
| | vs CV 02-865 RHK/JSM<br>COURT TRIAL | |
| | Towers, Perrin, Forster, &<br>Crosby etc.<br>et al | Brian Belisle<br>612-607-7000<br>James Walsh<br>Richard Rosenblatt<br>609-919-6647 |

| | | |
|---|---|---|
| 4. | Minnesota Laborers Health &<br>Welfare fund<br>et al<br><br>vs CV 02-992 RHK/AJB<br>COURT TRIAL | Pamela Nissen<br>612-338-2525 |
| | Richard J. Swenke<br>et al | John Arnold<br>507-288-9111 |