AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Stephen Kelly Keogan

V.

Towers, Perrin, Forster & Crosby, Inc., et al

## JUDGMENT IN A CIVIL CASE

Case Number: 02-865 RHK/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant Towers, Perrin, Forster & Crosby, Inc.'s Motion for Summary Judgment is GRANTED IN PART with respect to Count One of the Complaint, alleging a wrongful termination of long-term disability benefits. Plaintiff Stephen Kelly Keogan's Motion for Summary Judgment is GRANTED IN PART with respect to Count two of the Complaint, alleging a failure to supply requested plan documents, and Tower's Counterclaim for the imposition of a constructive trust. Tower's Counterclaim is hereby DISMISSED WITH PREJUDICE. On Count Two of the Complaint, Plaintiff Stephen Kelly Keogan shall have and receive from Defendant Towers, Perrin, Forster & Crosby, Inc., the sum of sixty-four thousand nine hundred dollars (64,900.00). Counts Three and Four of the Complaint against Defendants Intracorp and Kemper National Services, respectively, are DISMISSED WITH PREJUDICE and without costs, based on the stipulation of the of the parties.

May 9, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) G. Schneider
Gloria Schneider, Deputy Clerk

24

Modified:03/10/03