ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| STEPHEN KELLY KEOGAN,<br><br>Plaintiff,<br><br>v.<br><br>TOWERS, PERRIN, FORSTER & CROSBY, INC., a Pennsylvania Corporation; INTRACORP, a Pennsylvania Corporation; and KEMPER NATIONAL SERVICES, a Florida Corporation, third party administrator,<br><br>Defendants. | Civil Action No. 02-CV-865 (RHK/AJB)<br><br>**NOTICE OF APPEAL** |

To: Stephen Kelly Keogan, and his attorneys Fay E. Fishman, Esq., Peterson & Fishman, P.L.L.P., 1212 E. Osborn Road, Phoenix, Arizona 85014; and Peterson & Fishman, P.L.L.P., 3009 Holmes Avenue South, Minneapolis, Minnesota 55408.

Notice is hereby given that TOWERS, PERRIN, FORSTER & CROSBY, INC., a Pennsylvania Corporation; INTRACORP, a Pennsylvania Corporation; and KEMPER NATIONAL SERVICES, a Florida Corporation, third party administrator, Defendants in the above-captioned matter hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final Judgment entered on May 9, 2003.

Dated: June 9, 2003

**OPPENHEIMER, WOLFF & DONNELLY LLP**

By [signature]
Brian G. Belisle, Esq. (Atty. Reg. #6269)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

25

FILED JUN 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Richard G. Rosenblatt *(Pro Hac Vice)*
James P. Walsh, Jr. *(Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
609.919.6609/6647

***ATTORNEYS FOR DEFENDANT TOWERS, PERRIN, FORSTER & CROSBY, INC.***

Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** June 12, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Gloria Schneider, Deputy Clerk

**In Re:** District Court Case No.: 02-CV-865 RHK/JSM
Eighth Circuit Case No.:
Case Title: Stephen Kelly Keogan VS Towers Perrin, Forster et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

☒ Notice of Appeal
☒ Order/Judgement appealed from
☒ Docket Entries
☐ Other:
- ☒ The statutory filing fee has been paid, receipt # 427746.
- ☐ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________

Modified 05/09/03

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☒ Yes, receipt # 427746 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☒ Yes ☐ No

If yes, please identify the court reporter:

Name: Robert Riley
Address: 316 N. Robert Street - Room 646
St. Paul, MN 55101
Phone: 651-848-1220

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☒ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

G. Schneider

Gloria Schneider, Deputy Clerk