# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2595
No. 03-2744

| | | |
|---|---|---|
| Stephen Kelly Keogan, | * | |
| Appellee/Cross-Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| Towers, Perrin, Forster & Crosby, Inc., a Pennsylvania Corporation, | * | 02-865 RHK/JSM |
| Appellant/Corss-Appellee | * | |

**JUDGMENT**

The joint motion for dismissal of these appeals is granted in accordance with the stipulation. The appeals are hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

October 22, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED OCT 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK